An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GENE PHENIX,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66928

**FILED**

DEC 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for extraordinary relief. Petitioner challenges the resolution of his direct appeal in *Phenix v. State*, 114 Nev. 116, 954 P.2d 739 (1998), and the appellate proceedings. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc: Raymond Gene Phenix
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40275